UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL DALE STANDEN,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY

       Defendant,
_____/

Case No.  1:16-CV-1131

HON. PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED.**

Dated:  July 28, 2017

  /s/ Paul L. Maloney
PAUL L. MALONEY
UNITED STATES DISTRICT JUDGE